

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY M WATKINS | Case Number: 16SL-CC03653 |
|---|---|
| Plaintiff/Petitioner:<br>IRVIN COATS | Plaintiff's/Petitioner's Attorney/Address<br>LAWRENCE P KAPLAN<br>SUITE 1225<br>101 S. HANLEY ROAD<br>ST. LOUIS, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>SHOP N SAVE WAREHOUSE FOODS, INC.<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105            (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  SHOP N SAVE WAREHOUSE FOODS, INC.
                                              Alias:

C/O CT CORPORATION SYSTEM
120 S. CENTRAL AVE.
CLAYTON, MO 63105



*COURT SEAL OF*

*ST. LOUIS COUNTY*

          You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
          SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>04-OCT-2016</u>
Date

Further Information:
AD

_____
Clerk

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
Shop N Save Warehouse Food, Inc. - Bonnie Love  (name)  Registered Agent - CT Corporation System  (title).
☐ other
Served at  120 S. Central Ave., Clayton, MO 63105  (address)
in  St. Louis  (County/City of St. Louis), MO, on  October 5, 2016  (date) at  1:25 pm  (time).
         Jack Eisen                                                     _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

ANN MAYER EISEN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: August 08, 2018
Commission Number: 14428270

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on  October 5, 2016  (date).
My commission expires:  8 8 18  _____
                          Date              Notary Public

**EXHIBIT**

**A**

_____

Sheriff's Fees, if applicable
Summons                              $_____
Non Est                                 $_____
Sheriff's Deputy Salary
Supplemental Surcharge          $    10.00
Mileage                                $_____  (_____ miles @ $._____ per mile)
Total                                    $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Louis County - October 06, 2016 - 03:49 PM

# AFFIDAVIT OF SERVICE

Comes now JACK EISEN, and being duly sworn upon his oath states as follows his Return on a Summons in Civil Case directed to Shop N Save Warehouse Foods, Inc., c/o CT Corporation System.

1.     That he served Shop N Save Warehouse Foods, Inc. by personally handing a copy of said Summons in Civil Case to Bonnie Love, CT Corporation System.

2.     That said service was made at 1:25pm on the 5 day of October, 2016 within the County of St. Louis, State of Missouri, at 120 S. Central Ave., Clayton, MO 63105.

3.     That the information given herein is true and accurate to Affiant's best knowledge, information and belief.

JACK EISEN, Affiant

STATE OF MISSOURI
COUNTY OF ST. LOUIS

On this 5 day of October, 2016 personally appeared before me, the person who signed the foregoing Affidavit, that same was executed as Affiant's free act a Notary Public, the above named Affiant, who being duly sworn, declared that Affiant is and deed and that the statements therein are true and correct to the best of the Affiant's knowledge, information & belief.

Ann Mayer Eisen, Notary Public

My Commission Expires:

ANN MAYER EISEN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: August 08, 2018
Commission Number: 14428270

Electronically Filed - St Louis County - October 06, 2016 - 03:49 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>NANCY M WATKINS | Case Number:  16SL-CC03653 |
|---|---|
| Plaintiff/Petitioner:<br>IRVIN COATS | Plaintiff's/Petitioner's Attorney/Address<br>LAWRENCE P KAPLAN<br>SUITE 1225<br>101 S. HANLEY ROAD<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br> SHOP N SAVE WAREHOUSE FOODS, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

*vs.* appears between Plaintiff and Defendant columns.

## Summons in Civil Case

The State of Missouri to: SARAH MYER
Alias:

7355 MANCHESTER AVE.
ST. LOUIS, MO  63143

*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>04-OCT-2016</u>
Date

Further Information:
AD

_____
Clerk

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at  9090 St Charles Rock Rd, St Ann MO 63114   (address)

in   St Louv   (County/City of St. Louis), MO, on  October 6, 2016  (date) at  11:30am  (time).

Jack Eisen
_____         _____
Printed Name of Sheriff or Server                   Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on  October 6, 2016  (date).

My commission expires:  8 8 18
                                        Date         _____
                                                          Notary Public

ANN MAYER EISEN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: August 08, 2018
Commission Number: 14428270

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* Document ID# 16-SMCC-7767     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                                                    54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Louis County - October 06, 2016 - 03:49 PM

## AFFIDAVIT OF SERVICE

Comes now JACK EISEN, and being duly sworn upon his oath states as follows his Return on a <u>Summons in Civil Case</u> directed to <u>Sarah Myer</u>.

1.     That he served <u>Sarah Myer</u> by personally handing a copy of said <u>Summons in Civil Case</u> to <u>Sarah Myer</u>.

2.     That said service was made at <u>11:30am</u> on the <u>6</u> day of <u>October</u>, 2016 within the County of <u>St. Louis</u>, State of <u>Missouri</u>, at <u>9090 St. Charles Rock Rd., St. Ann, MO 63114</u>.

3.     That the information given herein is true and accurate to Affiant's best knowledge, information and belief.

JACK EISEN, Affiant

STATE OF MISSOURI
COUNTY OF <u>ST. LOUIS</u>

On this ___6___ day of _____October_____, 2016 personally appeared before me, the person who signed the foregoing Affidavit, that same was executed as Affiant's free act a Notary Public, the above named Affiant, who being duly sworn, declared that Affiant is and deed and that the statements therein are true and correct to the best of the Affiant's knowledge, information & belief.

Ann Mayer Eisen, Notary Public

My Commission Expires:

ANN MAYER EISEN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: August 09, 2018
Commission Number: 14428270

Electronically Filed - St Louis County - October 04, 2016 - 12:46 PM

**16SL-CC03653**

## IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
## STATE OF MISSOURI

IRVIN COATS,                                )
                                            )
    Plaintiff,                       )
    v.                               )    Case No.
SHOP N SAVE                                 )
WAREHOUSE FOODS, INC.,                      )    Div.
    Serve: C T Corporation System    )
           120 South Central Avenue   )
           Clayton, MO 63105          )
and             ,                    )
                                            )
SARAH MYER,                                 )
    Serve: Sarah Myer                )
           7355 Manchester Ave.       )
           St. Louis, MO 63143        )
                                            )
    Defendants.                      )

### PETITION

COMES NOW, Plaintiff, Irvin Coats ("Coats") and for his Petition against Shop N Save

Warehouse Foods, Inc. ("Shop N Save"), and Sarah Myer ("Myer"), states as follows:

### Parties

1.    Coats is a male, American citizen of the State of Missouri.

2.    Shop N Save is a Missouri corporation with its principal place of business located

in the County of St. Louis, Missouri.

3.    Myer was Coats' immediate supervisor.

### Jurisdiction and Venue

4.    Jurisdiction of the Circuit Court of Saint Louis County, Missouri is appropriate,

under R.S.MO§ 213.111.1, for Coats seeks redress under the MHRA, and has complied fully

with all prerequisites to jurisdiction in this Court under the MHRA.

{00034055.DOCX}

Electronically Filed - St Louis County - October 04, 2016 - 12:46 PM

5.      Venue of the Circuit Court of Saint Louis County, Missouri, under R.S.MO §
213.111.1, for the unlawful discriminatory practices that gave rise to this instant action occurred
in St. Louis County, Missouri.

6.      Coats worked as a security officer for Shop N Save from June 2013 until he was
terminated on April 11, 2016.

7.      On or before January 2015, Coats informed Shop N Save and Myer that he had a
disability and was required to be off work for medical reasons.

8.      Coats went on Family Medical Leave ("FMLA") in January 2014 and February
2016 because of his disability and/or other medical reasons.

9.      Upon return from FMLA leave on April 11, 2016, Coats was immediately
terminated.

10.     Coats filed charges with the Equal Employment Opportunity Commission
("EEOC") and the Missouri Commission of Human Rights ("MCHR") (Attached hereto as
Exhibit A).

11.     Coats received a Right to Sue letter from MCHR on September 6, 2016 (attached
hereto as Exhibit B).

### COUNT I –Discrimination Disability

12.     Coats incorporated by reference paragraphs 1-11.

13.     Coats was terminated by Myer and Shop N Save because of his disability or
perceived disability in violation of RS.MO. §213.055.1.

WHEREFORE, Coats prays that judgment be entered against Shop N Save and Myer and
in Coats's favor for his injuries in excess of the amount of $25,000 plus back pay, front pay, his
costs and attorney's fees and punitive damages in a total count of $250,000.

{00034055.DOCX}

Electronically Filed - St. Louis County - October 04, 2016 - 12:46 PM

WHEREFORE, Coats prays that judgment be entered against Shop N Save and Myer and in Coats's favor for his injuries in excess of the amount of $25,000 plus back pay, front pay, his costs and attorney's fees and punitive damages in a total count of $250,000.

**COUNT II-Retaliation Family Medical Leave**

14.     Coats incorporates by reference paragraphs 1-11.

15.     Shop N Save and Myer terminated Coats because he took Family Medical Leave.

WHEREFORE, Coats prays that judgment be entered against Shop N Save and Myer and in Coats's favor for his injuries in excess of the amount of $25,000 plus back pay, front pay, his costs and attorney's fees and punitive damages in a total count of $250,000.


Respectfully submitted,

KAPLAN ASSOCIATES, LLC

By: */s/ Lawrence P. Kaplan*
        Lawrence P. Kaplan, #19782
        Susan Kister, #37328
        101 S. Hanley, Suite 1225
        St. Louis, Missouri  63105
        Telephone: (314) 863-2929
        Facsimile: (314) 863-9777
        lkaplan@ka-law.com
        skister@ka-law.com
        *Attorneys for Irvin Coats*

{00034055.DOCX}

Electronically Filed - St Louis County - October 04, 2016 - 12:46 PM

EEOC Form 5 (11/09)

**16SL-CC03653**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 560-2016-01292 |

Missouri Commission On Human Rights                                    and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Irvin C. Coats** | Home Phone (Incl. Area Code)<br>**(314) 702-3874** | Date of Birth<br>**03-04-1979** |
|---|---|---|

| Street Address<br>**200 Dundee Circle, Saint Louis, MO 63137** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**SHOP N SAVE** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(314) 644-2908** |
|---|---|---|

| Street Address<br>**7355 Manchester Ave., Saint Louis, MO 63143** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **04-11-2016**   Latest **04-11-2016**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am a disabled individual who was employed by the above named employer as a Security Officer from June 2013 until I was terminated on April 11, 2016. My most recent supervisor was Sarah Myer, Second District Supervisor.

II. I informed my employer of my disabilities in January 2015. Due to my disabilities, I went on medical leave in January 2015 and again in February 2016. Upon my return from leave, on April 11, 2016, James Ishom, Supervisor Coordinator, informed me that I was terminated for not following policy in February 2016, which I deny. In retaliation for taking medical leave for my disabilities, I believe I was terminated. My employer terminates individuals after they return from medical leave. I am aware of another individual who was terminated after taking medical leave.

III. For the above stated reasons, I believe that I have been discriminated against because of my disabilities and retaliated against for engaging in protected activity in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 4-28-16   X *(signature)*<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT**
**A**



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS **16SL-CC03653**

# MISSOURI COMMISSION ON HUMAN RIGHTS

| JEREMIAH W. (JAY) NIXON | RYAN McKENNA | SARA NELL LAMPE | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIRPERSON | EXECUTIVE DIRECTOR |

July 25, 2016

Irvin C. Coats
200 Dundee Circle
St. Louis, MO 63137

RE:  Coats vs. Shop N Save
     FE-5/16-25270    560-2016-01292

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

You are hereby notified that you have the right to bring a civil action within 90 days of the date of this letter against the respondent(s) named in the complaint. Such an action may be brought in any state circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, either before a circuit or associate circuit judge.  Not only must any action brought in court pursuant to this right to sue authorization be filed within 90 days from the date of this letter, any such case must also be filed <u>no later than two years after the alleged cause occurred</u> or your reasonable discovery of the alleged cause.

**IF YOU DO NOT FILE A CIVIL ACTION IN STATE CIRCUIT COURT RELATING TO THE MATTERS ASSERTED IN YOUR COMPLAINT WITHIN 90 DAYS OF THE DATE OF THIS NOTICE (AND WITHIN TWO YEARS OF THE ALLEGED CAUSE, OR THE DISCOVERY OF THE ALLEGED CAUSE, OF YOUR COMPLAINT), YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is administratively closing this case and terminating all MCHR proceedings relating to your complaint.  You may not reinstate this complaint with the MCHR or file a new complaint with the MCHR relating to the same act or practice, but rather, if you choose to continue to pursue your complaint, you must do so in court as described in this letter. This notice of right to sue has no effect on the suit-filing period of any federal claims.

(continued on next page)

| ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| 3315 W. TRUMAN BLVD. | 111 N. 7TH STREET, SUITE 903 | P.O. BOX 1300 | 1410 GENESSEE, SUITE 260 | 106 ARTHUR STREET |
| P.O. BOX 1129 | ST. LOUIS, MO 63101-2100 | OZARK, MO 65721-1300 | KANSAS CITY, MO 64102 | SUITE D |
| JEFFERSON CITY, MO 65102-1129 | PHONE: 314-340-7590 | FAX: 417-485-6024 | FAX: 816-889-3582 . | SIKESTON, MO 63801-5454 |
| PHONE: 573-751-3325 | FAX: 314-340-7238 | | | FAX: 573-472-5321 |
| FAX: 573-751-2905 | | | | |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to in*
TDD/TTY:   1-800-735-2966 (TDD)   Relay Missouri: 711
www.labor.mo.gov/mohumanrights     E-Mail: mchr@labor.mo.gov



EXHIBIT
**B**

Electronically Filed - St Louis County - October 04, 2016 - 12:46 PM

RE:   Coats vs. Shop N Save
FE-5/16-25270    560-2016-01292

In addition to the process described above, if any party is aggrieved by this decision of the MCHR, that party may appeal the decision by filing a petition under § 536.150 of the Revised Statutes of Missouri in state circuit court.  Any such petition must be filed in the circuit court of Cole County.

Respectfully,

Alisa Warren, Ph.D.
Executive Director


Shop N Save
7355 Manchester Ave.
St. Louis, MO  63143


Terri A. Spandl
11840 Valley View Road
Eden Prairie, MN  55344


Lawrence P. Kaplan
101 South Hanley, Suite 1225
St. Louis, MO  63105
*Via email*

| 3315 W. TRUMAN BLVD. | 111 N. 7TH STREET, SUITE 903 | P.O. BOX 1300 | 1410 GENESSEE, SUITE 260 | 106 ARTHUR STREET |
| P.O. BOX 1129 | ST. LOUIS, MO 63101-2100 | OZARK, MO 65721-1300 | KANSAS CITY, MO 64102 | SUITE D |
| JEFFERSON CITY, MO 65102-1129 | PHONE: 314-340-7590 | FAX: 417-485-6024 | FAX: 816-889-3582 | SIKESTON, MO 63801-5454 |
| PHONE: 573-751-3325 | FAX: 314-340-7238 | | | FAX: 573-472-5321 |
| FAX: 573-751-2905 | | | | |

Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.
TDD/TTY:   1-800-735-2966 (TDD)   Relay Missouri: 711
www.labor.mo.gov/mohumanrights   E-Mail: mchr@labor.mo.gov

**16SL-CC03653**

Electronically Filed - St Louis County - October 04, 2016 - 12:46 PM

=============================================================
## CASE INFORMATION
=============================================================

DATE:  10/4/16
COURT LOCATION:  St Louis County - Circuit Court
CASE TYPE:  TJ - Employment Discrimination (213.111 RSMo)
CASE STYLE:  IRVIN COATS V SHOP N SAVE WAREHOUSE FOODS, ET AL

=============================================================
## PARTY INFORMATION
=============================================================

PARTY TYPE:  PLT - Plaintiff
SSN:
FIRST NAME:  IRVIN
MIDDLE NAME:
LAST NAME:  COATS
SUFFIX:
GENDER:  MALE
DOB:  03/04/1979
E-MAIL:
PHONE:
ADDRESS:
  200 DUNDEE CIRCLE
  ST. LOUIS, MO 63137
FILER:  19782 - LAWRENCE P. KAPLAN

---------------------------------------------------------------------------------

PARTY TYPE:  DFT - Defendant
EIN:
ORGANIZATION:  SHOP N SAVE WAREHOUSE FOODS, INC.
E-MAIL:
PHONE:
ADDRESS:
  C/O CT CORPORATION SYSTEM
  120 S. CENTRAL AVE.
  CLAYTON, MO 63105

---------------------------------------------------------------------------------

Electronically Filed - St Louis County - October 04, 2016 - 12:46 PM

PARTY TYPE:  DFT - Defendant
SSN:
FIRST NAME:  SARAH
MIDDLE NAME:
LAST NAME:  MYER
SUFFIX:
GENDER:
DOB:
E-MAIL:
PHONE:
ADDRESS:
 7355 MANCHESTER AVE.
 ST. LOUIS, MO 63143


===================================================================
## SUBMITTER INFORMATION
===================================================================


SUBMITTED BY:  19782 - Lawrence P. Kaplan
PHONE:  (314) 863-2929
E-MAIL:  lkaplan@ka-law.com
ADDRESS:
 LAWRENCE P. KAPLAN
 101 SOUTH HANLEY
 SUITE 1225
 ST. LOUIS, MO 63105

Electronically Filed - St Louis County - October 04, 2016 - 12:46 PM

**16SL-CC03653**

In the

# CIRCUIT COURT
## Of St. Louis County, Missouri

Irvin Coats
Plaintiff/Petitioner

vs.

Shop N Save Warehouse Foods, Inc. and Sarah Myer
Defendant/Respondent

October 4, 2016
Date

Case Number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff                                                                                      , pursuant
                        Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
Eisen Enterprises, LLC  /  Jack Eisen
Name of Process Server                                        Address                                          Telephone
1601 Orchard Lakes Dr.  St. Louis, MO  63146    314-993-1988
Name of Process Server                          Address or in the Alternative                           Telephone

Name of Process Server                          Address or in the Alternative                           Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                                   SERVE:
Shop N Save Warehouse Foods, Inc.
Name                                                      Name
c/o CT Corporation System
Address                                                   Address
120 S. Central Ave, Clayton, MO  63105
City/State/Zip                                            City/State/Zip

SERVE:                                                   SERVE:
Sarah Myer
Name                                                      Name
7355 Manchester Ave.
Address                                                   Address
St. Louis, MO  63143
City/State/Zip                                            City/State/Zip

Appointed as requested:

**JOAN M. GILMER**, Circuit Clerk                        /s/Lawrence P. Kaplan
                                                         Attorney/Plaintiff/Petitioner
                                                         19782
                                                         Bar No.
By _____                       Kaplan Associates, LLC  101 S. Hanley Rd. Ste 1225  63105
Deputy Clerk                                             Address
                                                         (314) 863-2929          (314) 863-9777
_____                          Phone No.                          Fax No.
Date

CCADM62-WS   Rev. 03/14

Electronically Filed - St Louis County - October 04, 2016 - 12:46 PM

**16SL-CC03653**

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

Irvin Coats
Plaintiff/Petitioner

_____ October 4, 2016 _____
Date

_____
Case Number

vs.

Shop N Save Warehouse Foods, Inc. and Sarah Myer
Defendant/Respondent

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff _____, pursuant
                     Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Eisen Enterprises, LLC  /  Jack Eisen
Name of Process Server                    Address                              Telephone

1601 Orchard Lakes Dr.  St. Louis, MO  63146   314-993-1988
Name of Process Server          Address or in the Alternative        Telephone

_____
Name of Process Server          Address or in the Alternative        Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                      SERVE:
Shop N Save Warehouse Foods, Inc.
Name                                        Name
c/o CT Corporation System
Address                                     Address
120 S. Central Ave, Clayton, MO  63105
City/State/Zip                              City/State/Zip

SERVE:                                      SERVE:
Sarah Myer
Name                                        Name
7355 Manchester Ave.
Address                                     Address
St. Louis, MO  63143
City/State/Zip                              City/State/Zip

Appointed as requested:

**JOAN M. GILMER**, Circuit Clerk

By   **/s/Adam Dockery**
Deputy Clerk

        10/4/16
_____
Date

/s/Lawrence P. Kaplan
Attorney/Plaintiff/Petitioner
19782
Bar No.
Kaplan Associates, LLC  101 S. Hanley Rd. Ste 1225  63105
Address
(314) 863-2929          (314) 863-9777
Phone No.                          Fax No.

CCADM62-WS    Rev. 03/14



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY M WATKINS | Case Number:  16SL-CC03653 |
|---|---|
| Plaintiff/Petitioner:<br>IRVIN COATS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>LAWRENCE P KAPLAN<br>SUITE 1225<br>101 S. HANLEY ROAD<br>ST. LOUIS, MO 63105 |
| Defendant/Respondent:<br>SHOP N SAVE WAREHOUSE FOODS, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  SHOP N SAVE WAREHOUSE FOODS, INC.**
**Alias:**

C/O CT CORPORATION SYSTEM
120 S. CENTRAL AVE.
CLAYTON, MO 63105



*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>04-OCT-2016</u>
Date

_____
Clerk

Further Information:
AD

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                            Date                                    Notary Public

---

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-7766**      1      (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-7766**    2    (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.   The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) <u>Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) <u>Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## <u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-7766**    3    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY M WATKINS | Case Number:  16SL-CC03653 |
|---|---|
| Plaintiff/Petitioner:<br>IRVIN COATS | Plaintiff's/Petitioner's Attorney/Address<br>LAWRENCE P KAPLAN<br>SUITE 1225<br>101 S. HANLEY ROAD<br>ST. LOUIS, MO 63105 |
|                 vs. | |
| Defendant/Respondent:<br> SHOP N SAVE WAREHOUSE FOODS, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  SARAH MYER<br>             Alias:<br><br>7355 MANCHESTER AVE.<br>ST. LOUIS, MO 63143 | |



**COURT SEAL OF**

**ST. LOUIS COUNTY**

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

__04-OCT-2016__
Date

_____  for Clerk

**Further Information:**
AD

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____          _____
                                Date                              Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 16-SMCC-7767**    3    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

I certify and attest that the above is a true copy of the original record of the Court in case
number _____ *16SLCC 3653* _____ as it appears on file in my office.



Issued

_October. 14. 2016_

**JOAN M. GILMER,** Circuit Clerk
St. Louis County Circuit Court

By

Deputy Clerk

CCOPR36   Rev. 06/00